[No. 17552-9-III.    Division Three.    October 28, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. DANIEL
IMPELMANCE, *Appellant*.

Appeal from a judgment of the Superior Court for Oka-
nogan County, No. 97-8-00250-1, David Edwards, J. Pro
Tem., entered May 13, 1998. *Reversed* by unpublished
opinion per Kurtz, A.C.J., concurred in by Sweeney and
Brown, JJ.

[No. 17681-9-III.    Division Three.    October 28, 1999.]

JOHN WILLIAMS, *Appellant*, v. RANDALL & DANSKIN,
*Respondents*.

Appeal from a judgment of the Superior Court for
Spokane County, No. 94-2-03229-6, Larry M. Kristianson,
J., entered June 18, 1998. *Affirmed* by unpublished opinion
per Brown, J., concurred in by Kurtz, A.C.J., and Sweeney,
J.

[No. 17710-6-III.    Division Three.    October 28, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. RAUL SANCHEZ
ZAVALA, *Appellant*.

Appeal from a judgment of the Superior Court for
Spokane County, No. 98-1-00274-4, Greg D. Sypolt, J.,
entered July 17, 1998. *Affirmed* by unpublished opinion per
Kurtz, A.C.J., concurred in by Sweeney and Brown, JJ.

[No. 17873-1-III.    Division Three.    October 28, 1999.]

ANGELA VEGA-BLANKENSHIP, ET AL., *Appellants*, v. WALLA
WALLA COLLEGE, *Respondent*.

Appeal from a judgment of the Superior Court for Walla
Walla County, No. 96-2-00584-4, Robert L. Zagelow, J.,
entered September 22, 1998. *Affirmed* by unpublished
opinion per Kurtz, J., concurred in by Schultheis, C.J., and
Brown, J.